RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE 09/13/05

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

HAROLD JOE BLACK

versus

WARDEN WINN CORRECTIONAL CENTER

CIVIL NO. 04-1815
JUDGE TOM STAGG

### O R D E R

Before the court is a motion to resubmit his previously filed 28 U.S.C. § 2254 habeas corpus motion (Record Document 30) filed pro se by Harold Joe Black ("Black").

**IT IS ORDERED** that Black's motion (Record Document 30) be and is hereby **DENIED**. Black may, however, re-file his motion should he so desire.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the 12th day of September, 2005.

_____
JUDGE TOM STAGG